JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINITE CORPORATION, a Nevada corporation,<br><br>     Plaintiff,<br><br>     vs.<br><br>AIB INVESTMENT MANAGERS LIMITED; AIB INVESTMENT MANAGERS LIMITED aka AIB INVESTMENT MANAGERS LIMITED, PLC,<br><br>     Defendants. | Case No. SACV14-00971 CJC (DFMx)<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: June 24, 2014<br>Trial Date: February 16, 2016 |

Pursuant to the concurrently filed Stipulation of Plaintiff Infinite Corporation ("Infinite") and Defendant Davy Asset Management Limited (f/k/a AIB Investment Managers Limited and erroneously additionally named as AIB Investment Managers Limited aka AIB Investment Managers Limited, plc) ("Advance") (collectively, the "Parties"),

THE COURT HEREBY **ORDERS** that:

1. The above-captioned action is dismissed in its entirety with prejudice.

Dated: April 16, 2015

_____
Hon. Cormac J. Carney
United States District Judge